IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TERESA BOGGS, et al.,

    Plaintiffs,

vs.

DIVESTED ATOMIC CORP., et al.,

    Defendants.

:
:
: Case No. 2:90-CV-840
: *nunc pro tunc* March 2, 2010
:
: JUDGE WALTER HERBERT RICE
:

---

DECISION AND ENTRY SUSTAINING PLAINTIFFS' MOTION TO VACATE EXPERT DISCOVERY DEADLINES (DOC. #297-1), *NUNC PRO TUNC*, MARCH 2, 2010; REMAINING ISSUE SET FORTH; CONFERENCE CALL SET

---

The Motion of the Plaintiffs, seeking an order of the Court vacating dates previously set for the parties to provide expert reports (Doc. #297-1), is sustained, *nunc pro tunc* March 2, 2010. In so ruling, this Court notes both the propriety of said motion and the fact that significant dates previously set have now expired.

Counsel of record will take note that a telephone conference call will be held, between Court and counsel, beginning at 4:30 p.m. on Tuesday, October 5, 2010. During said conference, the following issues, *inter alia*, will be discussed: (1) the viability of this Court's most recently entered Case Management Plan; and (2) the issue unaffected by this Court's ruling on the above Motion, as to whether

Plaintiffs should or should not be required to provide expert reports before the selection of the bellweather Plaintiffs.

September 27, 2010
*nunc pro tunc* March 2, 2010

_____
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record