IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TERESA BOGGS, et al.,

    Plaintiffs,

vs.

DIVESTED ATOMIC
CORPORATION, et al.,

    Defendants.

Case No. 2:90-CV-840

JUDGE WALTER HERBERT RICE

ENTRY JOURNALIZING TELEPHONE CONFERENCE CALL OF OCTOBER 8, 2010, AND REFERRING THE CAPTIONED CAUSE TO DISTRICT MEDIATOR, ROBERT KAISER, FOR MEDIATION WITHIN SPECIFIC TIME FRAME; STAY OF PROCEEDINGS, WITH TWO EXCEPTIONS, ORDERED; FURTHER CONFERENCE CALL SET

The captioned cause came on to be heard upon a status conference on Friday, October 8, 2010. During said telephone conference, the following matters were discussed and agreed upon:

1. This Court has granted the parties 60 days from Monday, October 11, 2010, within which to attempt settlement of the captioned cause. To that end, the captioned matter is referred to District Mediator, Robert Kaiser, with the request that he conduct a mediation, together with any and all necessary follow-up steps, within that 60-day period of time.

2. During the 60-day period of time within which settlement will be attempted, proceedings in the captioned cause are ordered stayed, save and excepting the aforementioned attempt to resolve the captioned cause, with the aid and assistance of District Mediator Robert Kaiser, and the taking of three further depositions to ascertain the number of viable Plaintiffs. Once those depositions are taken and the number of viable Plaintiffs ascertained, a revised list of said viable Plaintiffs will be furnished the Court.

3. Should the captioned cause not settle, the Court and counsel will speak, once again by conference call telephone communication, beginning at 5:00 p.m. on Monday, December 13, 2010, in order to set a revised case management schedule which will, *inter alia*, have the Plaintiffs proceeding first with a determination of experts, and the furnishing of expert reports, following which the Defendants will have the opportunity to conduct expert discovery, to provide reports to the Plaintiff, and to file motions for summary judgment with regard to any one or more or all of the remaining Plaintiffs.

October 20, 2010

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record